JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VON DUPRIN LLC, | CASE NO.  CV10-3915 JFW (AGRx) |
| Plaintiff/Counterdefendant, | The Honorable John F. Walter |
| v. | **ORDER OF DISMISSAL** |
| CAL-ROYAL PRODUCTS, INC., | |
| Defendant/Counterclaimant. | |

Based on the parties' "Stipulation of Dismissal," the Court hereby dismisses all claims in this action with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED: <u>January 27, 2011</u>

Honorable John F. Walter
United States District Judge